**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8263

ALVIN LUTHER JONES,

              Plaintiff – Appellant,

       v.

GENE M. JOHNSON, Dir. of Dept. of Corr. Va.; HARVARD
STEPHENS, Chief Medical Officer for Dept. of Corr. Va.; G.
K. WASHINGTON, Regional Dir. (Central Region) Va.; W. J.
TOWNLEY, Warden/Supt. Halifax Corr. Field Unit #23; FRANK
WRAY, M.D.--Doctor Halifax Corr. Cntr. #23; SANDRA VASS,
R.N.--Head Nurse Halifax Corr. Unit #23; A. FIELDS, L.P.N.--
Nurse Halifax Corr. Unit #23; J.M.C. BROWN, Grievance
Coordinator Halifax Corr. Unit #23,

              Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:08-cv-00492-jlk-mfu)

Submitted:  July 8, 2011               Decided:  July 14, 2011

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin Luther Jones, Appellant Pro Se.  Mark R. Davis, Assistant
Attorney General, Richmond, Virginia; Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Luther Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Johnson, No. 7:08-cv-00492-jlk-mfu (W.D. Va. Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED